IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Property Tax

| | | |
|---|---|---|
| JORDAN RAYMER and MATT BELL, | ) ) ) | |
| Plaintiffs, | ) ) | TC-MD 170359R |
| v. | ) ) | |
| MULTNOMAH COUNTY ASSESSOR, | ) ) | |
| Defendant. | ) | **FINAL DECISION OF DISMISSAL**[1] |

This matter came before the court on its own motion. A case management conference was scheduled for January 2, 2018, to consider Plaintiffs' appeal. On December 15, 2017, the court sent notice of the scheduled case management conference to Plaintiffs at the email address Plaintiffs provided to the court. That notice advised that if Plaintiffs did not appear, the court might dismiss the appeal.

Plaintiffs failed to appear for the scheduled case management conference. However, John James appeared on behalf of Defendant and informed the court that Defendant had corrected the tax roll to Plaintiffs' satisfaction. The court therefore ordered Plaintiffs to notify the court of their intention to continue this appeal by January 19, 2018, or face dismissal.

The time for Plaintiffs' response has now lapsed, and the court has not received any further communication from Plaintiffs. Under such circumstances, the court finds the appeal must be dismissed. Now, therefore,

/ / /

/ / /

---

[1] This Final Decision of Dismissal incorporates without change the court's Decision of Dismissal, entered January 23, 2018. The court did not receive a statement of costs and disbursements within 14 days after its Decision of Dismissal was entered. *See* Tax Court Rule–Magistrate Division (TCR–MD) 16 C(1).

IT IS THE DECISION OF THIS COURT that Plaintiffs' appeal is dismissed.

Dated this ____ day of February 2018.

_____
RICHARD DAVIS
MAGISTRATE

*If you want to appeal this Final Decision of Dismissal, file a complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your complaint must be submitted within <u>60</u> days after the date of the Final Decision of Dismissal or this Final Decision of Dismissal cannot be changed. TCR-MD 19 B.*

*This document was signed by Magistrate Richard Davis and entered on February 13, 2018.*